# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A BLACK APPLE IPHONE 12 PRO MAX CURRENTLY<br>IN THE CUSTODY OF LAW ENFORCEMENT | ) <br> ) <br> ) Case No. 24-mj-1194<br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Middle     District of     Tennessee    
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachments A and B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     September 2, 2024    
                                                                                            *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Barbara D. Holmes                                                                                   .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     August 19, 2024 at 1:30pm          /s/ Barbara D. Holmes
                                                                                                              *Judge's signature*

City and state:   Nashville, Tennessee                          Barbara D. Holmes, United States Magistrate Judge
                                                                                                *Printed name and title*

## Return

| | | |
|---|---|---|
| Case No.: 24-mj-1194 | Date and time warrant executed: 8/20/2024 1pm | Copy of warrant and inventory left with: Detective Breighanna Dilsaver |

Inventory made in the presence of: SA Bradley Smith

Inventory of the property taken and name of any person(s) seized:

Axiom Portable Case - approximate size 300 GB containing photos, text msgs, emails, social media messages, and additional misc media

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/6/2024

Executing officer's signature

Jay Wright, SA
Printed name and title